UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

'05 JUL 15 P 12 I.

CLERK

WARRICK GRIFFIN,           )
                          )
          Petitioner,      )
                          )
vs.                       )     No. CV 203-049
                          )     [Underlying CR297-36]
UNITED STATES OF AMERICA, )
                          )
          Respondent.      )

## ORDER

**IT IS HEREBY ORDERED** that the judgment of the United States Court

of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED** this 15 day of _____ July _____, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

1